# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**CNH INDUSTRIAL CAPITAL AMERICA LLC**                                      **PLAINTIFF**

v.                          **CASE NO. 4:22-CV-00399-BSM**

**VENTURE EQUIPMENT LLC,** *et al.*                                      **DEFENDANTS**

## ORDER

Defendants' motion for protective order [Doc. No. 44] is granted, and CNH Industrial Capital America LLC's motion for protective order [Doc. No. 35] is denied. Defendants' motion to quash [Doc. No. 30] and non-party Southern Bank's motion to quash [Doc. No. 33] are denied, but the subpoenas are subject to defendants' proposed protective order [Doc. No. 44-1], which will be entered separately. The parties are directed to submit a copy of defendants' proposed protective order [Doc. No. 44-1] that has been electronically signed by all parties within seven days. CNH's motion to expedite and motion for conference [Doc. Nos. 4, 40] are denied as moot.

IT IS SO ORDERED this 27th day of January, 2023.

_____
UNITED STATES DISTRICT JUDGE