IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CNH INDUSTRIAL CAPITAL**                                    **PLAINTIFF**
**AMERICA LLC**

v.                  **CASE NO. 4:22-CV-00399-BSM**

**VENTURE EQUIPMENT LLC,** *et al.*                     **DEFENDANTS**

## ORDER

CNH Industrial Capital America LLC's motion for default judgment against BFG Corporation d/b/a Byline Financial Group as assignee of De Lage Landen Financial Services, Inc. [Doc. No. 125] is granted. BFG was served in June [Doc. No. 103], and did not respond. A clerk's default was entered against BFG on September 7, 2023. Doc. No. 118. Judgment is therefore entered in favor of CNH and against BFG as follows: CNH holds a properly perfected mortgage interest in the property commonly known as 109 Amy Lane, Beebe, Arkansas, and any interest held by BFG in that property is inferior to the interest of CNH. *See* Amended Complaint at ¶¶ 430–38, Doc. No. 55.

IT IS SO ORDERED this 22nd day of December, 2023.

_____
UNITED STATES DISTRICT JUDGE