IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CNH INDUSTRIAL CAPITAL AMERICA LLC**                                   **PLAINTIFF**

v.                          CASE NO. 4:22-CV-399-BSM

VENTURE EQUIPMENT, LLC;
STEVE MERRITT; RYAN ADAMS;
RANDALL REED; DONALD JOHNSON;
JOSEPH RIDINGS;
RICK LANGSTON; JAMES E. LANGSTON;
WILFORD O. LANGSTON; JAMES W. LANGSTON;
WILFORD D. LANGSTON; KYLE LANGSTON;
GREG A. LANGSTON; DAMON MERRITT;
HEIDI MERRITT; EASTLINE LEASING, LLC;
FIRST COMMUNITY BANK;
BFG CORPORATION d/b/a BYLINE FINANCIAL
GROUP as Assignee of DE LAGE LANDEN
FINANCIAL SERVICES, INC.;
MANITOU NORTH AMERICA, LLC;
PNC BANK, NATIONAL ASSOCIATION,
SUCCESSOR to PNC EQUIPMENT
FINANCE, LLC                                                             **DEFENDANTS**

### AMENDED ORDER APPROVING THE REPORT OF SALE, APPROVING THE FORM OF CONVEYANCE, AND <u>DIRECTING EXECUTION OF COMMISSIONER'S DEED AND ORDERING THE DISBURSEMENT OF SALE PROCEEDS</u>

On this date, there is pending before the Court the Commissioner's Report of Sale ("Report of Sale") executed by the Commissioner appointed to execute the Judgment and Decree of Foreclosure of this Court filed September 26, 2024 (the "Judgment & Decree") directing the sale of the real property described herein.

3527610-v1

The Report of Sale advises the Court, among other things, of the sale of the property located in White County, Arkansas, commonly known as 109 Amy Lane, Beebe, Arkansas, and being more particularly described as follows:

> LOT SEVEN (7) OF DOGWOOD ESTATES, A SUBDIVISION TO WHITE COUNTY, ARKANSAS, BEING A PART OF SECTION NINETEEN (19), TOWNSHIP SIX (6) NORTH, RANGE EIGHT (8) WEST

(the "Merritt Property") and of the property commonly known as 1611 Eastline Road, Searcy, Arkansas, and being more particularly described as follows:

> **Tract 1-Building Tract:**
>
> A part of the NW 1/4 SE ¼ of Section 13, Township 7 North, Range 7 West more particularly described as follows, to-wit: Commencing at the SW Corner of the SE ¼ of Section 13 and thence N 00°12'15"E along the West line of said SE ¼ 1,258.85 feet to the Northerly right of way line of Arkansas State Highway #367; thence N 43°18'00"E along said right of way 533.42 feet to the centerline of a drainage ditch for the POINT OF BEGINNING and thence N 35° 52'38"W along said centerline of said drainage ditch 445.02 feet; thence departing said ditch centerline N 41°52'07"E 227.01 feet; thence S 35°52'38"E 480.79 feet to the Northerly right of way line of said Arkansas State Highway #367 and thence along said right of way S 43°18'00"W 225.85 feet back to Point of Beginning, containing 2.28 acres, more or less.
>
> **Tract 2-Northeast of Building:**
>
> A part of the NW ¼ of the SE ¼ of Section 13, T-7-N, R-7-W, being more particularly described as follows: Commencing at a found hole in concrete for the Southwest Corner of said Section 13; thence S89°39'01"E along the South line of said Section13 a distance of 338.49 feet to a calculated point; thence departing from said South line, N42°18'38"E a distance of 3231.71 feet to a set cotton spindle; thence S35°24'59"E a distance of 436.29 feet to a calculated point for the POINT OF BEGINNING; thence N42°19'06"E a distance of 347.11 feet to a found 5/8" rebar (PS #1394); thence S53°37'43"E a distance of 50.72 feet to a found 3/8" rebar; thence S46°09'39"E a distance of 445.81 feet to a found ½" rebar on the Northwesterly right of way line of Arkansas State Highway #367; thence S43°46'24"W along said right of way line a

2

distance of 220.22 feet to a set ½" rebar (capped PS #1737); thence departing from said right of way line, N35°25'05"W a distance of 450.79 feet to a set ½" rebar (capped PS #1737); thence S42°19'09"W a distance of 227.01 feet to a calculated point; thence N35°24'59"W a distance of 51.17 feet to the point of beginning, containing 2.22 Acres, more or less, as shown on survey by PS #1737. Subject to all existing easements for roads or other purposes.

**Tract 4 – 30 Acres:**

The Northeast Quarter (NE ¼) of the Southeast Quarter (SE ¼) of Section Twelve (12), Township Seven (7) North, Range Ten (10) West, Less and Except the East Quarter (E ¼) Thereof.

Subject to all existing easements and right of ways for roads and other purposes and any restrictions and reservations.

(collectively referred to as the "Dealership Property").

The Court finds that the sale was properly advertised and that the Merritt Property was sold to CNH Industrial Capital America, LLC ("CNH") for the sum of one hundred-seventy five thousand and 00/100 Dollars ($175,000) for the property, as an offset/credit bid against the Judgment & Decree awarded in this case and that such bid on the property was the highest and best bid received at the sale.

The Court further finds that the Dealership Property was sold to Gary D. Tollett for the sum of seven hundred fifty-three thousand, nine hundred eighty-seven and 17/100 Dollars ($753,987.17) for the Dealership Property, and such bid on the property was the highest and best bid received at the sale. The property described in the Judgment & Decree and the Notice of Commissioner's Sale as Tract 3 was withdrawn from the sale and was not sold.

The Court further finds that no objection to the Report of the Sale has been made, that the Report of Sale should be approved and that the form of the Commissioner's Deed is hereby approved.

The Commissioner is HEREBY ORDERED AND DIRECTED to execute in favor of and deliver the Commissioner's Deed to CNH for the Merritt Property. The Commissioner is further HEREBY ORDERED AND DIRECTED to execute in favor of and deliver the Commissioner's Deed to Gary D. Tollett for the Dealership Property. The Court further finds that the Commissioner is allowed and awarded a fee of $753.99 (which has already been paid by Gary D. Tollett) on the Dealership Property and $175.00 on the Merritt Property payable by CNH.

The Commissioner is HEREBY ORDERED AND DIRECTED to disburse to CNH Industrial Capital America, LLC the sale proceeds received from the sale of the Dealership Property, in the amount of seven hundred fifty-three thousand, nine hundred eighty-seven and 17/100 Dollars ($753,987.17) for the Dealership Property, which shall be applied against the Judgment in favor of CNH.

IT IS, THEREFORE, CONSIDERED, ORDERED AND ADJUDGED that the Report of Sale be and it is hereby approved in all respects; that the form of the conveyance is approved; that the Commissioner is authorized and directed to execute and deliver the Commissioner's Deeds to the purchasers; the Commissioner is allowed a fee in the amounts of $753.99 on the Dealership Property and $175.00 on the Merritt Property.

IT IS SO ORDERED this 19th day of December, 2025.

_____
UNITED STATES DISTRICT JUDGE

Prepared by:

Charles T. Coleman (80030)
Jaimie G. Moss (2012228)
WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
FAX: (501) 376-9442
E-MAIL: ccoleman@wlj.com; jmoss@wlj.com

By \_\_\_/s/ Charles T. Coleman_____

*Attorneys for CNH Industrial Capital America, LLC*