**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**CNH INDUSTRIAL CAPITAL AMERICA LLC** **PLAINTIFF**

**v.** **CASE NO. 4:22-CV-00399-BSM**

**VENTURE EQUIPMENT LLC, *et al.*** **DEFENDANTS**

# ORDER

Damon Merritt's motion for costs [Doc. No. 502] is granted and he is awarded $4,665.24 in costs. Although CNH's argument regarding the language in the Eighth Circuit's judgment is well taken, Merritt ultimately prevailed in having a portion of the judgment reversed and reduced. *See* Fed. R. App. P. 39(a)(3). The costs requested by Merritt are reduced by $1,526.10 because recovery of his printing costs is reduced to $256.44. *See* Eighth Circuit Local Rule 39(a)(4)–(5).

IT IS SO ORDERED this 4th day of August, 2026.

Brian S. Miller

UNITED STATES DISTRICT JUDGE