**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**CNH INDUSTRIAL CAPITAL**
**AMERICA LLC** **PLAINTIFF**

**v.** **NO. 4:22-cv-00399-BSM**

**VENTURE EQUIPMENT, LLC;**
**STEVE MERRITT; RYAN ADAMS;**
**RANDALL REED; DONALD JOHNSON;**
**JOSEPH RIDINGS;**
**RICK LANGSTON; JAMES E. LANGSTON;**
**WILFORD O. LANGSTON; JAMES W. LANGSTON;**
**WILFORD D. LANGSTON; KYLE LANGSTON;**
**GREG A. LANGSTON; DAMON MERRITT;**
**HEIDI MERRITT; EASTLINE LEASING, LLC;**
**FIRST COMMUNITY BANK;**
**BFG CORPORATION d/b/a BYLINE FINANCIAL**
**GROUP as Assignee of DE LAGE LANDEN**
**FINANCIAL SERVICES, INC.;**
**MANITOU NORTH AMERICA, LLC;**
**PNC BANK, NATIONAL ASSOCIATION,**
**SUCCESSOR to PNC EQUIPMENT**
**FINANCE, LLC** **DEFENDANTS**

**AMENDED JUDGMENT AS TO DAMON MERRITT ONLY**

The Court entered its final "Judgment and Decree of Foreclosure" in this matter on September 26, 2024. (Doc. 383). In accordance with the Court's "Order" entered on July 1, 2026 (Doc. 501), paragraph 1(h) of the "Judgment and Decree of Foreclosure" is hereby amended and restated as follows:

h. Based on CNH's fraudulent-conveyance claim, defendant Damon Merritt is jointly and severally liable with defendants Venture Equipment, LLC and Steve Merritt in the gross amount of $40,000.00;

however, on August 4, 2026, the Court awarded Damon Merritt $4,665.24 in costs against CNH. (Doc. 505). The award of costs to Damon Merritt is applied against the amounts owed by Damon Merritt, and defendant Damon Merritt is, therefore, jointly and severally liable with defendants Venture Equipment, LLC and Steve Merritt in the net amount of $35,334.76.

Except as expressly stated herein, the September 26, 2024 "Judgment and Decree of Foreclosure" remains in full force and effect without amendment or modification.

IT IS SO ORDERED this 17th day of August, 2026.

Brian S. Miller

UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM ONLY:

Charles T. Coleman (80030)
Kyle R. Wilson (89118)
Michael A. Thompson (2010146)
Jaimie G. Moss (2012228)
WRIGHT, LINDSEY & JENNINGS LLP
*Attorneys for Plaintiff*

Penny Choate Agee, Bar No. 2001104
CHOATE LAW FIRM, PLLC
*Attorneys for Damon Merritt and Ryan Adams*